UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

A. JOSEPH RAETANO,

    Plaintiff,

v.                              CASE No: 8:09-cv-1024-T-33TBM

MAGPIE ISLAND, INC.,

    Defendant.
_____/

**ORDER**

The record reflects that Defendant is appearing *pro se* in this ADA matter. The Federal Bar Association's Pro Bono Civil Litigation Project offers limited legal services free of charge to those involved in federal litigation without the assistance of an attorney. The Court determines that Defendant could likely benefit from the free services that the Federal Bar Association provides. In the instance that Defendant is interested in taking advantage of these services, Defendant should fill out the attached form and mail it to the address provided therein.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 16th day of November 2009.

                                        VIRGINIA M. HERNANDEZ COVINGTON
                                        UNITED STATES DISTRICT JUDGE

Copies:

All Counsel and Parties of Record